# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> vs. ) <br> ) <br> ERNEST S. CRESPIN, ) <br> ) <br> Defendant. ) <br> _____ ) | 2:01-CR-005-PMP-CWH <br><br> ORDER |

Upon Plaintiff's oral motion and good cause appearing therefor,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that plaintiff's Motion for Order to Show Cause is granted.

On plaintiffs' motion and good cause appearing, the defendant, Ernest S. Crespin, is hereby ordered to appear before the United States Magistrate Judge Carl W. Hoffman, courtroom  3C , Lloyd D. George Federal Building and Courthouse, 333 Las Vegas Blvd. South, Las Vegas, Nevada 89101, on the   2nd   day of  July , 2012   at  10:00 a.m., to explain why he should not be held in contempt for his failure to appear before this court after having been

. . .

. . .

. . .

. . .

properly served on April 22, 2012 with a copy of the Order for Supplementary Proceedings of Judgment Debtor Examination.

DATED May 31, 2012.

_____
UNITED STATES MAGISTRATE JUDGE

SUBMITTED BY:

DANIEL G. BOGDEN
United States Attorney

/s/Carlos A. Gonzalez
CARLOS A. GONZALEZ
Assistant U. S. Attorney